# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| KEVIN COLEMAN | CIVIL ACTION NO. 04-0494 |
| versus | JUDGE HICKS |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is **DENIED AS UNTIMELY** and his complaint **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of August, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE